1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT
                                WESTERN DISTRICT OF WASHINGTON
9                                          AT TACOMA

10

11    JAMES P. BEAM,                                CASE NO. C11-5196 RJB

                           Plaintiff,              ORDER ADOPTING REPORT AND
12                                                 RECOMMENDATION REVERSING
                                                   AND REMANDING FOR FURTHER
13            v.                                   ADMINISTRATIVE PROCEEDINGS

14    MICHAEL J. ASTRUE, Commissioner of
      Social Security,

15                         Defendant.

16

17        This matter comes before the Court on the Report and Recommendation of Magistrate Judge

18    Karen L. Strombom. Dkt. 19. The Magistrate Judge recommends that the Commissioner's

19    decision to deny supplemental security income benefits be reversed and this matter remanded for

20    further administrative proceedings. *Id.* No objections have been filed to the Report and

21    Recommendation.

22

23

24
      ORDER ADOPTING REPORT AND
      RECOMMENDATION REVERSING AND
      REMANDING FOR FURTHER
      ADMINISTRATIVE PROCEEDINGS- 1

1    The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge

2  Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find

3  and **ORDER**:

4    (1)    The Court adopts the Report and Recommendation;

5    (2)    The ALJ erred in her decision as described in the Report and Recommendation;

6    (3)    The matter is therefore **REVERSED** and **REMANDED** to the Commissioner for

7           further administrative proceedings; and

8    (4)    The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's

9           counsel and Magistrate Judge Karen L. Strombom.

10        Dated this 9th day of January, 2012.

11

12        _____

13        ROBERT J. BRYAN
          United States District Judge

14

15

16

17

18

19

20

21

22

23

24
ORDER ADOPTING REPORT AND
RECOMMENDATION REVERSING AND
REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS- 2